In the Matter of OLGA HEUSNER, Appellant, against A. HOLLY PATTERSON,
as Supervisor of the Town of Hempstead, et al., Respondents.—

No
opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and
MacCrate, JJ.